No. 23-1832

# United States Court of Appeals for the First Circuit

CONSERVATION LAW FOUNDATION, INC.,

*Plaintiff-Appellant*,

v.

ACADEMY EXPRESS, LLC; DPV TRANSPORTATION, INC.; BOSTON CHARTER BUS, LLC,

*Defendants-Appellees*,

ACADEMY BUS, LLC; WYNN RESORTS, LTD.; WYNN MA, LLC; WYNN RESORTS HOLDINGS, LLC; WYNN AMERICA GROUP, LLC; WYNN RESORTS FINANCE, LLC,

*Defendants*.

On Appeal from the United States District Court
for the District of Massachusetts
The Honorable William G. Young
No. 1:20-cv-10032

## BRIEF OF THE MASSACHUSETTS PUBLIC HEALTH ASSOCIATION AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF-APPELLANT AND SUPPORTING REVERSAL

Ian Coghill
EARTHJUSTICE
633 17th Street
Suite 1600
Denver, CO 80202
303.996.4620
icoghill@earthjustice.org

*Counsel for The Massachusetts Public Health Association*

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

The Massachusetts Public Health Association is a nonprofit corporation. It does not issue stock and is neither owned by, nor does it own, any other corporate entity, in part or in whole. It has no parent companies, subsidiaries, affiliates, or members that have issued shares or debt securities to the public.

## TABLE OF CONTENTS

Page

RULE 26.1 CORPORATE DISCLOSURE STATEMENT .......................... ii

TABLE OF AUTHORITIES .......................... iv

STATEMENT OF INTEREST OF AMICUS CURIAE .......................... 1

INTRODUCTION .......................... 2

ARGUMENT .......................... 4

I. Buses and Bus Depots Generate Harmful Air Pollution .......................... 4

II. Laws That Limit Idling Are Key to Reducing Exposure to This Harmful Pollution .......................... 13

CONCLUSION .......................... 17

CERTIFICATE OF SERVICE

CERTIFICATE OF COMPLIANCE

## TABLE OF AUTHORITIES

Page(s)

**STATUTES AND REGULATIONS:**

40 C.F.R. § 52.2070(c) .......... 14

23 R.I. Gen. Laws Ann. § 23-23-29.2 .......... 14

31 R.I. Gen. Laws Ann. § 31-47.3-3 .......... 14

540 Mass. Code Regs. 27.03 .......... 14

Mass. Gen. Laws Ann. ch. 90, § 16A .......... 14

Me. Rev. Stat. tit. 38, § 585-L.3 .......... 14

N.H. Code Admin. R. Env-A 1102.02 .......... 14

**OTHER AUTHORITIES:**

Adam Moore et al., *Air Quality at Bus Stops: Empirical Analysis of Exposure to Particulate Matter at Bus Stop Shelters*, 1170 Transportation Research Record: J. Trans. Research Bd. 76 (2012) .......... 9

American Lung Association, *Delivering Clean Air: Health Benefits of Zero-Emission Trucks and Electricity* (Mar. 2022), tinyurl.com/aladca22 .......... 8

American Lung Association, *State of the Air 2023* (2023), tinyurl.com/alasota23 .......... 6. 7. 8

Centers for Disease Control, *Facts About Benzene* (last updated Apr. 14, 2018), tinyurl.com/cdcbenzene .......... 8

Conor Gately & Tim Reardon, *Racial Disparities in the Proximity to Vehicle Air Pollution in the MAPC Region* (May 2020), tinyurl.com/mapcregion .......... 11

Council of the City of New York Investigative Division, *Idling Buses: Exhausting Our Health* (2004), tinyurl.com/nycccid04 .......... 13

Page(s)

Daniel L. Mendoza et al., *Air Quality and Behavioral Impacts of Anti-Idling Campaigns in School Drop-Off Zones*, 13 Atmosphere 706 (2022), tinyurl.com/mendozaatm ........................................................ 13

Daniel S. Greenbaum, *Sources of Air Pollution: Gasoline and Diesel Engines*, *in* International Agency for Research on Cancer, Air Pollution And Cancer 49 (Straif et al., eds. 2013), tinyurl.com/IARC2013 ....................... 5

Environment & Human Health, Inc., *Children's Exposure to Diesel Exhaust on School Buses* (2002), tinyurl.com/ehhi02 ................................ 13

Envt'l Protection Agency, *Air Pollution: Current and Future Challenges* (last updated Oct. 23, 2023), tinyurl.com/epachallenges. ........................... 3

Envt'l Protection Agency, *Criteria Pollutants State Tier 1 for 1990 – 2022, Air Pollutant Emission Trends Data* (2022), tinyurl.com/epastatedata............ 8

Hanna Boogaard et al., *Long-Term Exposure to Traffic-Related Air Pollution and Selected Health Outcomes: A Systematic Review and Meta-Analysis*, 164 Envt. Int'l 1 (2022), tinyurl.com/boogaardei...................................... 3

JinYong Kim et al., *The Effect of an Anti-idling Campaign on Indoor Aerosol at Urban Schools*, 14 Aerosol Air Qual. Res. 585 (2014), tinyurl.com/aaqrkim ...............................................................9, 17

Keith Van Ryswyk et al., *Personal Exposures to Traffic-Related Air Pollution in Three Canadian Bus Transit Systems: The Urban Transportation Exposure Study*, 31 J. Exposure Science & Environmental Epidemiology 628 (2021), tinyurl.com/ryswyk.................. 9

Le Thi Nhu Ngoc et al., *Particulate Matter Exposure of Passengers at Bus Stations: A Review*, 15 Int. J. Environ. Res. Public Health 1 (2013), tinyurl.com/ngoc2013 ........................................................................ 5, 7

Mass. Dep't of Envt'l Protection, *2022 Air Quality Report* (July 2023), tinyurl.com/mdepaq22 ........................................................................ 15

**TABLE OF AUTHORITIES—Continued**

Page(s)

Nicole S. Ngo, *Analyzing the Relationship Between Bus Pollution Policies and Morbidity Using a Quasi-Experiment*, 94 Medicine 1 (2015), tinyurl.com/ngomed15 .......... 17

Patrick L. Kinney et al., *Airborne Concentrations of $PM_{2.5}$ and Diesel Exhaust Particles on Harlem Sidewalks: A Community-Based Pilot Study*, 108 Envtl. Health Perspectives 213 (2000), tinyurl.com/kinney00.........9, 10

Penn Loh & Jodi Sugerman-Brozan, *Environmental Justice Organizing for Environmental Health: Case Study on Asthma and Diesel Exhaust in Roxbury, Massachusetts*, 584 Health and the Environment 110 (Nov. 2002) .......... 13

Phillip J. Landrigan et al., *A Replicable Strategy for Mapping Air Pollution's Community Level Health Impacts and Catalyzing Prevention*, 21 Environmental Health 70 (July 18, 2022), tinyurl.com/landrigan22 .......... 15

Respiratory Health Association, *Electrification of CTA Buses: Health Implications of Inaction* (Aug. 2020), tinyurl.com/rhacta .......... 10

Union of Concerned Scientists, *Fact Sheet: Inequitable Exposure to Air Pollution from Vehicles in the Northeast and Mid-Atlantic* (2019), tinyurl.com/uscfact19 .......... 11

World Health Organization, *WHO Global Air Quality Guidelines* (2021), tinyurl.com/whogaq21 .......... 15

Yifang Zhu & Qunfang Zhang, *Health Effects Institute Report 180: Characterizing Ultrafine Particles and Other Air Pollutants In and Around School Buses* (2014), tinyurl.com/heizhu .......... 6, 9

## STATEMENT OF INTEREST OF AMICUS CURIAE[1]

The Massachusetts Public Health Association is a nonprofit organization that promotes a healthy Massachusetts through its advocacy, community organizing, and coalition building. It is a leader in the movement to create health equity by addressing the root causes of health and wellness. It promotes policies that impact the major drivers of health outcomes, such as access to healthy food, safe affordable housing, and transportation. It also advocates for equitable public health services throughout the Commonwealth. It is committed to ensuring that communities can address the harm that air pollution inflicts.

The Massachusetts Public Health Association has an interest in ensuring that courts understand the environmental and human consequences of air pollution caused by the transportation sector.

[1] No counsel for a party authored this brief in whole or in part, and no person, other than amicus, its members, or its counsel contributed money intended to fund preparing or submitting this brief. Amicus has sought leave to file this brief.

## INTRODUCTION

The suggestion in the decision below that "environmental cases present particularly difficult standing questions, because the negative effects of pollution may not always be visible or immediately discernible" is wrong, and especially so in the context of this case. CLF Add. 16.

When it comes to vehicle emissions, the well-established science confirms what should be common sense: that "simply breathing and smelling polluted air is an injury in and of itself." *Id.* at 13. As anyone who has waited near a bus stop or stood on a busy street corner knows, seeing and smelling a cloud of exhaust is both unpleasant and often leads to coughing, watery eyes, and a stinging throat.[2] For those who are particularly vulnerable, due to age or underlying health conditions for example, the effects can be much worse. These emissions can trigger an asthma attack, or even a heart attack.[3] Over the long-term, exposure to vehicle emissions is associated with lower birth weights in children, increased rates of asthma and respiratory infections in children, asthma

---

[2] *See infra* at 4-7.

[3] *See id.*

in adults, ischemic heart disease and diabetes in adults, and a higher overall risk of death due to causes such as lung and heart diseases and lung cancer.[4]

This holds true even if pollution is not "visible" to the naked eye. "[A]ir pollution can be harmful even when it is not visible."[5] And even small amounts of the kinds of pollutants that vehicles emit can meaningfully harm our health.[6]

The Massachusetts Public Health Association submits this amicus brief to help to ensure that—to the extent the Court considers the injury analysis in the decision below—it has the benefit of additional context about the well-established effects of vehicle emissions, including emissions from idling buses like those the defendant operates. As the decision below recognizes, diminished enjoyment of a space and realistic health concerns *are* actual injuries. *Id.* at 11–12. Given the wealth of scientific information available, the doubt expressed in the decision below about whether "breathing in polluted air" caused by vehicle emissions is an "actual injury" is unwarranted. CLF Add. 13.

---

[4] Hanna Boogaard et al., *Long-Term Exposure to Traffic-Related Air Pollution and Selected Health Outcomes: A Systematic Review and Meta-Analysis*, 164 Envt. Int'l 1 3 (2022), tinyurl.com/boogaardei.

[5] Envt'l Protection Agency, *Air Pollution: Current and Future Challenges* (last updated Oct. 23, 2023), tinyurl.com/epachallenges.

[6] *See, e.g.*, Boogaard, *supra*, at 4 (noting that the review studied exposure levels of "10 µg/m3 for $NO_2$, 1 µg/m3 for [elemental carbon], and 5 µg/m3 for $PM_{2.5}$" to assess the effects of traffic-related air pollution).

## ARGUMENT

Vehicles emit a significant amount of air pollution. Between emissions from a vehicle's tailpipe, friction on brakes, and the abrasion of tires on the road, this pollution includes fine particulate matter, ground-level ozone (smog) precursors, and toxic substances like benzene. In both the short- and long-term, exposure to these pollutants is associated with serious effects on human health, ranging from coughing to premature death. Buses make up a significant source of these vehicle-related emissions. Idling buses exacerbate the harms associated with the pollution that buses emit, as they concentrate that pollution in a given area. As every state within this Circuit has recognized, along with many others, limiting idling is key to addressing this harmful air pollution and avoiding the serious health consequences that it causes.

### I. Buses and Bus Depots Generate Harmful Air Pollution.

All gasoline and diesel vehicles generate harmful emissions. These emissions "come in two predominant forms: major gaseous and particulate air pollutants," including fine particulate matter and ozone precursors, "and so-called air toxics," including benzene, formaldehyde, and metals.[7] These pollutants can cause a range of problems, both to the environment and to people.

[7] Daniel S. Greenbaum, *Sources of Air Pollution: Gasoline and Diesel Engines*, *in* International Agency for Research on Cancer, AIR POLLUTION AND CANCER 49, 49 (Straif et al., eds. 2013), tinyurl.com/IARC2013.

Fine particulate matter (often referred to as $PM_{2.5}$) causes environmental harm. It is "composed of sulfur dioxide, elemental carbon known as black carbon, organic matter, and soot."[8] These "induce visual effects such as smog."[9]

This pollution also has substantial, negative consequences for our health. Because of their size, about 1/28th the size of a human hair, the particles "more easily penetrate into the human body and deposit deep into the respiratory tract."[10] The smallest particles "behave like gas molecules" in the body and thus can "move further into tissue and the circulatory system."[11]

Both short- and long-term exposure to these particles increases the rate of, and the risks associated with, a whole range of serious health problems. Short-term exposure has been linked to "respiratory symptoms (cough, phlegm, and wheeze)," "bronchial hyper-reactivity"—a sign of asthma,[12] and "increased hospital admissions for cardiovascular disease" and "chronic obstructive

---

[8] Le Thi Nhu Ngoc et al., *Particulate Matter Exposure of Passengers at Bus Stations: A Review*, 15 Int. J. Environ. Res. Public Health 1, 2 (2013), tinyurl.com/ngoc2013.

[9] *Id.*

[10] *Id.*

[11] *Id.* at 3.

[12] *Id.* at 5.

pulmonary disease (COPD)."[13] Meanwhile, long-term exposure is "associated with elevated risks of early death," primarily "from cardiovascular and respiratory causes, including heart disease, stroke, influenza and pneumonia" and also from lung cancer.[14] Chronic exposure is also linked to a higher likelihood of developing diabetes and related complications and of developing Parkinson's disease and Alzheimer's disease and other dementias later in life.[15]

The risks of fine particulate matter exposure are even greater in more vulnerable populations like children, pregnant people, and older people. Children's lungs are still developing, and a smaller lung size means they may receive higher doses of particulate matter per breath than adults.[16] Short-term exposure is linked to higher infant mortality rates and more severe asthma attacks and associated hospitalization among children.[17] Long-term exposure in children is linked to infant mortality, impaired neurological development,

---

[13] American Lung Association, *State of the Air 2023* 24 (2023), tinyurl.com/alasota23.

[14] *Id.* at 25.

[15] *See id.*

[16] *See* Yifang Zhu & Qunfang Zhang, *Health Effects Institute Report 180: Characterizing Ultrafine Particles and Other Air Pollutants In and Around School Buses* 4 (2014), tinyurl.com/heizhu.

[17] *See State of the Air 2023*, *supra*, at 24.

reduced lung development, and higher asthma rates.[18] In pregnant people, long-term exposure is linked to higher risks of preterm birth, low birth weight, and fetal and infant mortality.[19] And in older people, short-term exposure "may present a major acute risk."[20]

Ground-level ozone pollution caused by ozone precursors emitted from vehicles has similar effects. Also known as smog, ozone pollution can be seen and decreases visibility. It is also "a powerful lung irritant."[21] When ozone levels are elevated, "many people experience breathing problems such as chest tightness, coughing and shortness of breath, often within hours of exposure."[22] Long-term exposure to increased ozone levels is associated with many increased health risks, including developing or worsening asthma and COPD, allergic responses, metabolic disorders, and an increased risk of premature death.[23] Just as with fine particulate matter pollution, children, pregnant people, and older people are particularly vulnerable to the risks posed by ozone pollution.[24]

---

[18] *See id.* at 25.

[19] *See id.*

[20] *See* Ngoc, *supra* at 5.

[21] *State of the Air 2023*, *supra*, at 26.

[22] *Id.*

[23] *See id.*

[24] *See id.* at 27.

The health effects of the air toxics vehicles emit vary by pollutant, but can be serious. Short-term exposure to benzene, for example, can cause drowsiness, dizziness, headaches, and confusion to develop within minutes.[25] Long-term exposure can lower red blood cell counts, making people more susceptible to infections, and at higher levels can cause leukemia.[26]

Buses produce an outsized portion of these harmful emissions. As of 2020, medium- and heavy-duty vehicles—a category that includes buses—made up just 6% of on-road vehicles.[27] But these vehicles emitted "59 percent of ozone- and particle-forming NOx emissions and 55 percent of the particle pollution."[28]

A person does not have to be next to a bus's tailpipe to be exposed to its emissions. Next to the tailpipe, the concentrations of pollutants will of course be the highest. But these emissions can enter the buses and other nearby

---

[25] *See* Centers for Disease Control, *Facts About Benzene* (last updated Apr. 14, 2018), tinyurl.com/cdcbenzene.

[26] *See id.*

[27] American Lung Association, *Delivering Clean Air: Health Benefits of Zero-Emission Trucks and Electricity* 3 (Mar. 2022), tinyurl.com/aladca22.

[28] *Id.*; *see also* Envt'l Protection Agency, *Criteria Pollutants State Tier 1 for 1990 – 2022, Air Pollutant Emission Trends Data* (2022) (filtering for 2022 emissions of Highway Vehicles in Massachusetts shows that these emissions made up 36% of $NO_x$ emissions, 38% of carbon monoxide emissions, 21% of black carbon emissions, 21% of ammonia emissions, 9% of $SO_2$ emissions, and 4% of $PM_{2.5}$ emissions), tinyurl.com/epastatedata.

vehicles, harming those inside the vehicles.[29] The emissions travel to nearby sidewalks, harming those who are waiting at bus stops, [30] walking nearby,[31] or in the area for other reasons. And the emissions can also enter nearby buildings, harming those living or working inside.[32]

These emissions are higher still in areas where many buses serve or cross a single area or where a bus depot houses many buses.[33] The reason is simple: More vehicles in one place means more emissions. As a result, the harm to the environment and health is also higher in these areas. A study of Chicago's

---

[29] *See* Keith Van Ryswyk et al., *Personal Exposures to Traffic-Related Air Pollution in Three Canadian Bus Transit Systems: The Urban Transportation Exposure Study*, 31 J. Exposure Science & Environmental Epidemiology 628, 638 (2021), tinyurl.com/ryswyk; Zhu & Zhang, *supra*, at 3.

[30] *See* Adam Moore et al., *Air Quality at Bus Stops: Empirical Analysis of Exposure to Particulate Matter at Bus Stop Shelters*, 1170 Transportation Research Record: J. Trans. Research Bd. 76, 83 (2012) (finding that emissions reach bus shelters, particularly those that face a roadway where "this enclosed volume of air may be described as a trap for particulates, suspending the matter in an enclosed area where dispersion does not immediately take place").

[31] *See* Patrick L. Kinney et al., *Airborne Concentrations of $PM_{2.5}$ and Diesel Exhaust Particles on Harlem Sidewalks: A Community-Based Pilot Study*, 108 Envtl. Health Perspectives 213, 216 (2000) (finding "consistent spatial variations in sidewalk DEP [diesel exhaust particles] concentrations on the sidewalks of Harlem" that "appeared to be related to the magnitude of local diesel sources"), tinyurl.com/kinney00.

[32] *See* JinYong Kim et al., *The Effect of an Anti-idling Campaign on Indoor Aerosol at Urban Schools*, 14 Aerosol Air Qual. Res. 585, 591 (2014), tinyurl.com/aaqrkim.

[33] *See* Kinney, *supra*, at 216.

transit system, for example, found that the incidence of asthma and COPD was higher in areas near high-volume bus routes or near bus garages.



[34]

Those living closest to a bus garage experienced asthma rates of 11.49%, which was more than 12% higher than the overall rate in Chicago.[35] And those living within 500 meters of a high-volume bus route had asthma rates of 11.08%, 8.4% higher than the Chicago rate.[36]

---

[34] Respiratory Health Association, *Electrification of CTA Buses: Health Implications of Inaction* at 11 (Aug. 2020) (map 4, showing "Asthma and COPD Prevalence (%) by Tract with High/Low Ridership Routes and CTA Garages"), tinyurl.com/rhacta.

[35] *See id.* at 12.

[36] *See id.*

We do not all equally bear the burden of this pollution and the associated negative environmental and health consequences.[37] In the Northeast and Mid-Atlantic region, different racial groups experience different levels of $PM_{2.5}$ pollution from vehicles. "Latino and Asian American residents are, on average, burdened with 75 percent and 73 percent more $PM_{2.5}$ pollution, respectively, than are white residents; African American residents bear a 61 percent higher burden."[38] In the Boston metropolitan area, as the pollution proximity index (a measure reflecting traffic flow, proximity to roadways, and other factors relevant to $PM_{2.5}$ pollution) increases, there is a "clear trend."[39]

---

[37] *See id.* at 13 (showing that those same communities identified above had high social vulnerability scores, which reflect socioeconomic factors, minority status, language status, and more).

[38] Union of Concerned Scientists, *Fact Sheet: Inequitable Exposure to Air Pollution from Vehicles in the Northeast and Mid-Atlantic* 4 (2019), tinyurl.com/uscfact19.

[39] Conor Gately & Tim Reardon, *Racial Disparities in the Proximity to Vehicle Air Pollution in the MAPC Region* (May 2020), tinyurl.com/mapcregion.




As the figure above shows, as the pollution proximity index for an area increases, so does the share of residents of color in the area.[40]

This is not news within the communities who have borne and continue to bear the brunt of this pollution. In the 1990s, for example, students in the Roxbury neighborhood of Boston learned that their asthma hospitalization rate was among the highest in the state and worked to map MBTA traffic and bus depots. They found "fifteen diesel bus and truck garages within 1 ½ miles of their school," including garages housing nearly half of the Massachusetts Bay

---

[40] *See id.* at fig.3 (displaying the distribution of population by race and ethnicity for five pollution proximity index categories and for the Boston metropolitan area as a whole).

Transportation Authority bus fleet.[41] Having identified a significant source of air pollution in their communities, the students then worked to address it. The plaintiffs' suit here follows in the footsteps of those students' work.

## II. Laws That Limit Idling Are Key to Reducing Exposure to This Harmful Pollution.

Idling—keeping an engine running when a vehicle is not moving—"is a substantial contributor to air pollution and associated health impacts."[42] It can make up a significant proportion of vehicle emissions in a community.[43] And it can aggravate the harms from vehicle emissions described above because idling emissions are concentrated in a smaller area.[44]

---

[41] Penn Loh & Jodi Sugerman-Brozan, *Environmental Justice Organizing for Environmental Health: Case Study on Asthma and Diesel Exhaust in Roxbury, Massachusetts*, 584 Health and the Environment 110, 118–119 (Nov. 2002); *see also* Council of the City of New York Investigative Division, *Idling Buses: Exhausting Our Health* 3 (2004) (discussing a civil rights complaint filed by a community group against the Metropolitan Transportation Authority for the disproportionate number of bus depots sited in Harlem, which had the City's highest hospitalization rate for childhood asthma), tinyurl.com/nycccid04.

[42] Daniel L. Mendoza et al., *Air Quality and Behavioral Impacts of Anti-Idling Campaigns in School Drop-Off Zones*, 13 Atmosphere 706, at 1 (2022), tinyurl.com/mendozaatm.

[43] *See id.*

[44] *See* Environment & Human Health, Inc., *Children's Exposure to Diesel Exhaust on School Buses* 11 (2002) (studying school bus emissions and finding that emissions reached the children inside the buses and that idling buses "had higher concentrations of particulates and carbon than moving buses"), tinyurl.com/ehhi02.

No surprise, then, that every State in this Circuit has acted to limit idling and the harmful emissions it causes from vehicles, including buses. In Maine, a gasoline-powered vehicle like a bus "may not . . . idle for more than 5 minutes in any 60-minute period," subject to certain exceptions. Me. Rev. Stat. tit. 38, § 585-L.3. Massachusetts prohibits "the unnecessary operation of the engine of a motor vehicle while said vehicle is stopped for a foreseeable period of time in excess of five minutes." Mass. Gen. Laws Ann. ch. 90, § 16A; *see also* 540 Mass. Code Regs. 27.03 (establishing specific regulations for idling within 100 feet of school grounds). New Hampshire requires motor vehicles to idle "[n]o more than 5 consecutive minutes in any 60-minute period," with the limit raised when temperatures fall below freezing. N.H. Code Admin. R. Env-A 1102.02. Rhode Island likewise prohibits "the unnecessary operation of the engine of a diesel motor vehicle while said vehicle is stopped for a period of time in excess of five (5) consecutive minutes in any sixty (60) minute period." 23 R.I. Gen. Laws Ann. § 23-23-29.2; *see also* 31 R.I. Gen. Laws Ann. § 31-47.3-3 (addressing "health risks from diesel particulate matter" by requiring school bus emissions reductions).[45]

---

[45] Like Massachusetts, Rhode Island has incorporated its limit on idling into its Clean Air Act state implementation plan, making the limit enforceable under the Act. *See* 40 C.F.R. § 52.2070(c).

These laws—and the reduction in emissions they aim to provide—have an important role in reducing the harmful effects of the air pollution that buses emit. Emissions from unlawful bus idling push these concentrations up and generate the environmental and health harms associated with this kind of air pollution described above. For example, in Massachusetts in 2022, the average $PM_{2.5}$ level was 6.81 µg/m3, and even higher in the metro Boston area.[46] These concentrations substantially exceed the World Health Organization's Air Quality Guideline of 5 µg/m3.[47] And they have real, dire consequences: A study concluded that $PM_{2.5}$ pollution in Massachusetts was responsible for approximately 2,780 deaths in 2019—close to 5% of all deaths in the State that year—when the average statewide $PM_{2.5}$ concentration was 6.3 µg/m3, lower than the latest available numbers show now. It was also responsible for 308 low-weight births and 15,386 childhood asthma cases.[48]

---

[46] *See* Mass. Dep't of Envt'l Protection, *2022 Air Quality Report* 37 (July 2023) (calculating statewide average based on average concentration at individual FEM monitors), tinyurl.com/mdepaq22.

[47] *See* World Health Organization, *WHO Global Air Quality Guidelines* 78 (2021), tinyurl.com/whogaq21.

[48] Phillip J. Landrigan et al., *A Replicable Strategy for Mapping Air Pollution's Community Level Health Impacts and Catalyzing Prevention*, 21 Environmental Health 70, at 5 (July 18, 2022), tinyurl.com/landrigan22.

Emissions increase when multiple vehicles idle in an area. Picture, for example, multiple buses idling at the same stop or in a bus depot lot. In eastern Massachusetts's MBTA public transit system, at least 25 stations serve five or more public bus lines.[49] Private bus companies also use public bus stops. The defendant here uses the "Newton Go Bus stop" at 335 Grove Street in Auburndale," which is in the same location as the MBTA Riverside bus stop.[50] And an image of its Braintree lot at 531 Pond Street shows its capacity to hold many buses at once, close to nearby homes and recreational areas.[51]



[52]

---

[49] *See* Mass. Bay Transit Auth., *2023 System Map* (2023), tinyurl.com/mbtamap23.

[50] *See* Am. Compl. ¶ 75, JA053.

[51] *See id.* ¶ 33, JA047.

[52] This image was collected by entering the address into Google Maps.

The upside, to the extent one exists, is that reducing emissions from idling in these areas can significantly improve air quality.[53]

## CONCLUSION

For these reasons, this Court should reverse the District Court's order granting summary judgment.

Respectfully submitted,

December 29, 2023

*/s/ Ian Coghill*

Ian Coghill
EARTHJUSTICE
633 17th Street
Suite 1600
Denver, CO 80202
303.996.4620
icoghill@earthjustice.org.
*Counsel for The Massachusetts Public Health Association*

[53] *See* Kim, *supra*, at 590, 593 (studying anti-idling campaigns at four schools and concluding that the findings "suggest[] that an anti-idling campaign is capable of making a measurable improvement in outdoor air quality particularly near the schools featuring a sizeable local traffic" and making similar conclusion for indoor air quality at schools); *see also* Nicole S. Ngo, *Analyzing the Relationship Between Bus Pollution Policies and Morbidity Using a Quasi-Experiment*, 94 Medicine 1, 5 (2015) (studying hospital visits from 2006 to 2009 by New York City residents living within 300 feet of a bus route and concluding that "stricter EPA bus emission standards are associated with small, but positive health outcomes"), tinyurl.com/ngomed15.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on December 29, 2023. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

December 29, 2023

*/s/ Ian Coghill*

Ian Coghill
EARTHJUSTICE
633 17th Street
Suite 1600
Denver, CO 80202
303.996.4620
icoghill@earthjustice.org

*Counsel for The Massachusetts Public Health Association*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitations of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 4,390 words, excluding the parts of the brief exempted by Federal Rule of Appellate Procedure 32(f).

This brief complies with the typeface and typestyle requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in Calisto MT 14-point font.

December 29, 2023

*<u>/s/ Ian Coghill</u>*

Ian Coghill
EARTHJUSTICE
633 17th Street
Suite 1600
Denver, CO 80202
303.996.4620
icoghill@earthjustice.org

*Counsel for The Massachusetts Public Health Association*